# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2232.  IN THE INTEREST OF C. K., A CHILD.**

Appellant filed a "Motion to Stay Appellate Proceedings," asserting that the above case was prematurely docketed in this Court because the proceedings in the juvenile court have not yet been transcribed nor has the appellate record been prepared. Appellant's motion is DENIED. However, due to the indeterminate amount of time it will take to prepare a record and transmit it to this Court and the constitutional time restraints governing this Court's disposition of appeals, this case must be REMANDED to the Clerk of the Juvenile Court of DeKalb County until the proceedings have been transcribed and the appellate record is completed. When the entire appeal record is prepared, the matter may then be transmitted to and re-docketed with the Court of Appeals. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/05/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*